UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

**FILED**

NOs. 4:14-MJ-1029 through 4:14-MJ-1051

**MAY 0 5 2014**

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___Q_C\___ DEP CLK

IN THE MATTERS OF THE SEIZURES      )
OF LOCATIONS WITHIN THIS            )      ORDER TO SEAL
DIVISION                            )

Upon motion of the United States, it is hereby ORDERED that the Applications, Affidavits, Motion to Seal, and this Order in the above-captioned matters be sealed until further order of this Court, except that copies may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of NCALE, the FBI, the IRS, and other state and federal government and contract personnel acting under the supervision of law enforcement. Sealing these documents will avoid seriously jeopardizing the investigation based on the facts set out in the Motion to Seal and the Applications and Affidavits in the above referenced matters.

This the __∫__ day of May, 2014.

THE HONORABLE JAMES E. GATES
United States Magistrate Judge